

| | | | | |
|---|---|---|---|---|
| Perry v. Perry.................. | 41A04–1606–DR–1461 | 04/05/2017 | KIRSCH, J. | Reversed and Remanded with instructions |
| | | | ROBB, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Miller v. State ................. | 64A04–1609–PC–2121 | 04/05/2017 | KIRSCH, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Foote v. State.................. | 28A01–1607–PC–1726 | 04/05/2017 | RILEY, J. | We Affirm our earlier decision in all respects |
| | | | CRONE, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Conn v. State ................. | 49A05–1606–CR–1268 | 04/05/2017 | BAILEY, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | ROBB, J. | Concurs |
| T.H., In re.................... | 10A01–1608–JT–1947 | 04/05/2017 | MATHIAS, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Franks v. State................. | 34A02–1607–CR–1671 | 04/05/2017 | BAILEY, J. | Remanded |
| | | | VAIDIK, C.J. | Concurs |
| | | | ROBB, J. | Concurs |
| Powell v. State................. | 48A04–1603–CR–691 | 04/05/2017 | KIRSCH, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | BARNES, J. | Concurs |
| S.H. v. Marion County Department of Child Services ........ | 49A02–1610–JC–2403 | 04/05/2017 | ALTICE, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| Tucker, In re Guardianship of .... | 67A04–1603–GU–466 | 04/06/2017 | ROBB, J. | Dismissed |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Lehman v. Lehman ............ | 49A02–1512–DR–2225 | 04/06/2017 | CRONE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Washington v. State ............ | 49A02–1608–CR–1848 | 04/06/2017 | DARDEN, Sr.J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |